

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Office of the Attorney General of Texas,

No. 11-19-00376-CV

* Original Mandamus Proceeding

* December 5, 2019

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.